■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO PLAZA-DAZA, Appellant.—Appeal by the defendant,

as limited by his motion, from a sentence of the Supreme Court, Queens County (Savarese, J.), imposed February 28, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Thompson, Eiber, O'Brien and Pizzuto, JJ., concur.